No. 99–9097.  SHAVER *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–9112.  EVANS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–9140.  DE HORTA-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9162.  SCRUGGS *v.* LEONARD.  C. A. 6th Cir.  Certiorari denied.

No. 99–9176.  CORRALES-BELTRAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9182.  SMITH *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 99–9188.  BROOMFIELD *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 99–9202.  BROWN *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–9214.  ALMON *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 1st Cir.  Certiorari denied.

No. 99–9224.  MATTHEW *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–9244.  HAWKINS *v.* HARGETT, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–9245.  HILL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–9249.  GILL *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 99–9264.  BENEFIEL *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 99–9271.  MAPLES *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.